**No. 53888.**—Ellis Silver Co., Inc., et al. *v.* United States, protests 64760–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53889.**—F. W. Myers & Co., Inc., et al. *v.* United States, protests 104741–K, etc. (Ogdensburg, etc.).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53890.**—Walter G. Berger & Co. et al. *v.* United States, protests 115164–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53891.**—North Atlantic Seed Co., Inc. *v.* United States, protest 134185–K/12917 (New Orleans).

Opinion by JOHNSON, J. At the trial it was stipulated that the issues and facts herein are similar to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as not landed were not in fact landed. In accordance with stipulation and following the decision cited it was held that the merchandise, insofar as it involves the quantities reported by the inspector as not landed, is subject to an allowance in duties. The protest was sustained to this extent.

**No. 53892.**—The Danwill Company *v.* United States, protest 148166–K (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the issues and facts herein are similar to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested, not found, were in fact not landed. In accordance with stipulation and following the decision cited it was held that the merchandise, insofar as it involves the quantities reported by the inspector as manifested, not found, is subject to an allowance in duties. The protest was sustained to this extent.